# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KEITH DOUGLASS and PATRICIA K. DOUGLASS,

    Plaintiffs,

        v.

BANK OF AMERICA CORPORATION, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-0609-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motions to Dismiss (ECF Nos. 19 and 37) are GRANTED. Plaintiffs' Second Amended Complaint and the claims therein are dismissed without leave to amend and without prejudice.

May 21, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb